**07 CIV 8546** **SCANNED** CLOSED

**JUDGE CHIN**

U.S. District Court
Eastern District of New York (Brooklyn)
CIVIL DOCKET FOR CASE #: 1:07-cv-02597-ILG-MDG
Internal Use Only

| | |
|---|---|
| Smith v. Bank of New York | Date Filed: 06/27/2007 |
| Assigned to: Senior-Judge I. Leo Glasser | Date Terminated: 10/01/2007 |
| Referred to: Magistrate-Judge Marilyn D. Go | Jury Demand: Both |
| Cause: 29:201 Fair Labor Standards Act | Nature of Suit: 710 Labor: Fair Standards |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Jacques Smith**
*individually and on behalf of all other persons similarly situated*

represented by **Fran L. Rudich**
Law Offices of Gene Locks, PLLC
110 East 55th Street
12th Floor
New York, NY 10022
212-838-3333
Fax: 212-838-3725
Email: frudich@lockslawny.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bank of New York**

represented by **Dorothy Rosensweig**
Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY 10177
212-351-4798
Fax: 212-878-8798
Email: drosensweig@ebglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth Welch DiGia**
Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY 10177
(212) 351-4610
Fax: 212-878-8610



A TRUE COPY
ATTEST
DATE 10/1 20 07
ROBERT C. HEINEMAN
BY ......................... CLERK
DEPUTY CLERK

Email: kdigia@ebglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2007 | 1 | COMPLAINT against Bank of New York $ 350, filed by Jacques Smith. (Attachments: # 1 Civil Cover Sheet) (Bowens, Priscilla) (Entered: 06/27/2007) |
| 07/03/2007 | 2 | CONSENT to become party in a class action. by Jacques Smith (Rudich, Fran) (Entered: 07/03/2007) |
| 07/06/2007 | 3 | SUMMONS Returned Executed by Jacques Smith. Bank of New York served on 7/5/2007, answer due 7/25/2007. (Rudich, Fran) (Entered: 07/06/2007) |
| 07/23/2007 | 4 | STIPULATION by Bank of New York (Green, Ronald) (Entered: 07/23/2007) |
| 07/25/2007 | 5 | STIPULATION AND ORDER directing that the Deft Bank of NY's time to answer, move or otherwise respond to the plaintiff's complaint is extended from 7/25/07 through and including 8/24/07. Ordered by Judge I. Leo Glasser on 7/24/07. (Fernandez, Erica) (Entered: 07/25/2007) |
| 08/24/2007 | 6 | Corporate Disclosure Statement by Bank of New York (DiGia, Kenneth) (Entered: 08/24/2007) |
| 08/24/2007 | 7 | *The Bank of New York's* ANSWER to Complaint *And Jury Demand* by Bank of New York. (DiGia, Kenneth) (Entered: 08/24/2007) |
| 08/24/2007 | 8 | NOTICE of Appearance by Dorothy Rosensweig on behalf of Bank of New York (aty to be noticed) (Rosensweig, Dorothy) (Entered: 08/24/2007) |
| 08/24/2007 | 9 | Notice of MOTION to Change Venue *to The Southern District of New York* by Bank of New York. (Rosensweig, Dorothy) (Entered: 08/24/2007) |
| 08/24/2007 | 10 | AFFIDAVIT in Support re 9 Notice of MOTION to Change Venue *to The Southern District of New York* filed by Bank of New York. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M) (Rosensweig, Dorothy) (Entered: 08/24/2007) |
| 08/24/2007 | 11 | MEMORANDUM in Support re 9 Notice of MOTION to Change Venue *to The Southern District of New York* by Bank of New York. (Rosensweig, Dorothy) (Entered: 08/24/2007) |

| 08/28/2007 | 12 | Letter *to Judge Go requestng briefing schedule* by Jacques Smith (Rudich, Fran) (Entered: 08/28/2007) |
|---|---|---|
| 09/24/2007 |  | SCHEDULING ORDER: The schedule set forth in 12 Letter filed by Jacques Smith is approved. Opposing papers to the motion must be filed by 10/5/07 and any reply filed by 10/21/07. This Court will set a date for a hearing if oral argument is desired and/or requested by the parties after the motion is fully briefed. Ordered by Judge Marilyn D. Go on 9/24/07. (Go, Marilyn) (Entered: 09/24/2007) |
| 09/25/2007 | 13 | STIPULATION *AND ORDER TO TRANSFER VENUE* by Bank of New York (DiGia, Kenneth) (Entered: 09/25/2007) |
| 10/01/2007 | 14 | STIPULATION AND ORDER, Case transferred to Southern District of New York. Original file, certified copy of transfer order, and docket sheet sent.. Ordered by Judge I. Leo Glasser on 9/26/07. (Sica, Michele) (Entered: 10/01/2007) |