USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/30/08__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
GERALDINE SMALLS,

                    Plaintiff,                    05 **CIVIL** 8474 (DC)

        -against-                                   **JUDGMENT**

THE BANK OF NEW YORK,
                    Defendant.
----------------------------------------------------------------X
JACQUES SMITH,

                    Plaintiff,                    07 **CIVIL** 8546 (DC)  ← F.L I,

        -against-

THE BANK OF NEW YORK,
                    Defendant.
----------------------------------------------------------------X


        Whereas the above-captioned action having come before the Court, and the matter having

come before the Honorable Denny Chin, United States District Judge, and the Court, on April 29,

2008, having rendered its Memorandum Decision dismissing both complaints, with prejudice and

without costs, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Memorandum Decision dated April 29, 2008, both complaints are dismissed, with prejudice

and without costs; accordingly, these cases are closed.

**Dated:**  New York, New York
        April 30, 2008

                                        **J. MICHAEL McMAHON**
                                        _____
                                                **Clerk of Court**

                        **BY:**        _____

                                                **Deputy Clerk**


                THIS DOCUMENT WAS ENTERED
                ON THE DOCKET ON _____