09/05/2008  15:04   2122487988           BRUMBERG LAW OFFICE                 PAGE  02/03

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

------------------------------------------------- x
JACQUES SMITH and GERALDINE SMALLS,
Individually and on behalf of all other persons similarly
situated,

        Plaintiffs-Appellants,

        and

JERIJAH WARD,

        Plaintiff,

        - against -

THE BANK OF NEW YORK COMPANY, INC.,

        Defendant-Appellee.
------------------------------------------------- x
JACQUES SMITH, Individually and on behalf of all
other persons similarly situated,

        Plaintiffs-Appellants,

        - against -

BANK OF NEW YORK,

        Defendant-Appellee.
------------------------------------------------- x

Docket No.: 08-2766-cv

Docket No.: 08-2763-cv



**STIPULATION WITHDRAWING APPEALS FROM ACTIVE
CONSIDERATION, WITHOUT PREJUDICE, WITH LEAVE TO REACTIVATE**

       The undersigned counsel for the parties hereby stipulate that the above-captioned appeals are hereby withdrawn without costs and without attorneys' fees and **without prejudice**, subject to reactivation of the appeals by appellants' counsel by written notice to the Clerk of this Court by Friday, September 19, 2008.

       **If not thus timely reactivated, the appeals shall be subject to dismissal.**

**CERTIFIED:**

AUG 1 2 2008

08/05/2008  15:04    2122487906            BROMBERG LAW OFFICE            PAGE  03/03

Withdrawal of the appeals from active consideration shall not operate as a dismissal of the appeals under F.R.A.P. 42(b).

New York, New York
August 5, 2008

BROMBERG LAW OFFICE, P.C.
Attorneys for Plaintiffs-Appellants
40 Exchange Place
Suite 2010
New York, New York  10005
(212) 248-7906

By: _____
    Brian L. Bromberg

EPSTEIN BECKER & GREEN, P.C
Attorneys for Defendant-Appellee
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500

By: _____
    Kenneth W. DiGia
    Dorothy Rosensweig

So ordered:

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By
_____
Vidya Kurella, Staff Counsel

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
   DEPUTY CLERK

2